# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.

CITATION/CASE NO. 6:08-mj-00195-WMW

Matthew T. Langsdale

### ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

El Portal         CA         95318
City              State      Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: 9-15-08          _____
                       Defendant's Signature

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ 1200.—          ( ) **Penalty ASSESSMENT** of $ _____

( ) **PROCESSING Fee** of $ _____   for a **TOTAL AMOUNT** of $ _____,

paid within _____ days / months **OR** payments of $ 100.— per month, commencing 15th of Oct. and due on the 15th of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: 1 year
obey all laws
do not drive with any amount of alcohol in blood
Have valid driver's license and registration and insurance
May not refuse test for alcohol in blood

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to** (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, U.S.D.C. | CLERK, U.S.D.C. |
|---|---|---|
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

(Sacramento option circled)

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: Sept. 15, 2008          _____
                               U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office;  2) Page 2 & 3 - for defendant                    EDCA - Rev 3/2007